IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| **Lisa J. Priester, Individually, and as Personal Representative of the Estate of David A. Priester, Jr.,** | C/A No. 2:14-cv-01108-DCN |
| **Plaintiff,** | |
| vs. | |
| **Futuramic Tool & Engineering Company; Capital Welding, Inc.; McMaster-Carr Supply Company; and Intec Automated Controls, Inc.,** | **ORDER TO DISMISS McMASTER-CARR SUPPLY COMPANY** |
| **Defendants**. | |

The parties have stipulated that defendant McMaster-Carr Supply Company should be dismissed with prejudice from this action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Therefore, McMaster-Carr Supply Company is dismissed from this action with prejudice.

**SO ORDERED,** this 29th day of October 2015

The Honorable David C. Norton
United States District Judge