# EXHIBIT 2A

# Robson Forensic
Engineers, Architects, Scientists & Fire Investigators

## DARYL L. EBERSOLE, P.E., CFEI
### Electrical Engineer – Industrial, Commercial, Residential

**PROFESSIONAL EXPERIENCE**

2002 to present
**Robson Forensic, Inc.**
*Associate*
Provide technical investigations, analysis, reports, and testimony for failure analysis, and toward the resolution of commercial and personal injury litigation involving the design, construction, operation and maintenance of electrical systems, equipment and devices. Areas of expertise include:

- National Electric Code; Class 1, Division 1 and 2, and Class II Division 1 and 2 spaces, explosion proof, lighting, design, operation, electrician, maintenance.
- National Electrical Safety Code; Power distribution, power lines, towers, 69 kV, substations, 3-phase, transformers, grounding, high voltage switches, lightning protection, metering, fully coordinated circuit protection, conduit, wiring, receptacles, power panels, knob and tube.
- Electrical faults, electrical explosions, arc flashes, lightning damage, workplace safety, and electrical safety tools and equipment.
- Industrial control, programmable logic controllers, computer interface design, facility alarm system, lead/lag boiler control, steam flow control, axis speed control systems, communication protocols, high speed processor control, control system console design.
- Software, assembly language, C++, Visual Basic, RSView32, Wonderware, database, machine programming, Allen-Bradely, Automax, Omron, Modicon.
- Printing press operation, ink blending, viscosity control, solvent recovery, roto-gravure printing press, offset printing press, automated cylinder electroplating, automated conveyor systems, robotics, ink tanks, pumps, scales, register systems, color control, paper expansion and shrink control, bindery equipment, trim collection systems.
- HVAC systems, air conditioners, air handling, heat recovery, boiler systems, deaerators, compressed air systems, exhaust systems, centrifugal and absorption systems, thermal oxidizer systems.
- Fire suppression systems, Cardox, FM200, halon, wet and dry sprinkler systems, fire pump.
- Fire detection and alarm systems, UV, smoke detectors, flow switches, pressure switches, pull stations.
- Devices serviced include: motors, drives, circuit boards, batteries, uninterruptible power supplies, emergency generator, power conditioners, isolated ground systems, power monitors, heaters, traffic signals, rectifiers, gas sample analyzers, solenoid valves, combustion engine controls, burner systems, ovens, after burner systems, switches, relays, analog devices, digital devices, tachometers, encoders, decoders, multiplexers, TTL, CMOS, power supplies, crane controls, hydraulics,

# Robson Forensic
Engineers, Architects, Scientists & Fire Investigators

**DARYL L. EBERSOLE, P.E., CFEI**
**Electrical Engineer – Industrial, Commercial, Residential**

pneumatics, pumps, fans, electrostatic systems, motor controls, variable frequency drives, DC drives, soft starters, forklifts, material handling equipment.

- Switches, limit switches, temperature limits, proximity sensors, fuses, relays, circuit breakers, contacts, contactors, motor starters, motors, drives, power supplies, timers, connectors, splices, strain relief, terminals, terminations, cables, cords, conductors, receptacles, plugs, bus bars.
- Semiconductors, capacitors, M.O.V's (Metal Oxide Varistors), voltage regulators, potentiometers rheostats, thermocouples, RTD's (resistance thermal detectors) strain gages, chips, rectifiers, SCR's (silicon controlled rectifiers), battery chargers.
- Analog transmitters, ultrasonic sensors, inductive sensors, photo-electric devices.
- Appliances serviced include: ranges, dishwashers, water heaters, toasters, refrigerators, televisions, computers.
- Electrocution and electrical shock injuries.
- Electrical causes of fires.
- Video and audio recording equipment, software, and motion analyses.
- Exercise equipment including stair climbers and treadmills.

**2002 to present**   **Fournier Robson, LLC**
*Consulting Engineer*
Provide designs for power distribution systems, fire alarm systems, emergency power systems and isolated grounding systems. Provide technical analysis and write technical documents. Provide analysis of standards. Provide design of power distribution, circuit breaker, audio system, and control system enclosures. Provide Failure Modes and Effects Analysis (FMEA).

**2002 to present**   **Ebersole Engineering**, Lancaster, PA
*Electrical Engineering*
Provide engineering services including printing control systems, automation, industrial controller programming, custom software, automated data collection and reporting, hardware design, facility systems, solar systems, and power distribution. Control systems for electroplating operations. Substation design, boiler lead/lag and compressor lead/lag control, steam flow control, solvent storage level control and pumping systems. Manage recalls and service bulletins. Provide custom digital video recording and editing. Video and audio enhancement.

Electrical system coordination studies, short circuit analysis studies, steam pressure reducing stations, material handling, electronic drive systems, printing press control systems, Programmable Logic Controllers (PLC's), roll delivery, pollution control systems, regenerative thermal oxidizers(RTO's), Modular Thermal Oxidizers

# Robson Forensic
Engineers, Architects, Scientists & Fire Investigators

## DARYL L. EBERSOLE, P.E., CFEI
### Electrical Engineer – Industrial, Commercial, Residential

(MTO's), condensers, chillers, liquid flow control, pumps and controls, level, temperature, pressure, and flow sensors, design of communication networks, Ethernet, ControlNet, Profibus, data highway plus, interface devices, analog I/O, deaerators, condensate handling, water storage and transfer, automated crane controls, light curtains, safety guard systems, continuous emission monitoring systems, air compressors, air dryers, solvent meters, steam meters, gas meters, air flow meters, gas concentration analyzers, carbon adsorption systems, cooling towers, HVAC systems, air handlers, roof top units, fire alarm systems, fire suppression systems, cardox systems, $CO_2$ Systems, conveyor systems, trim collection systems, cyclone systems, dust collection systems, cylinder delivery systems, power monitors, power distribution, positioning systems, touchscreens, Human Machine Interfaces (HMI's), bindery systems, stitcher lines, barcode systems, lighting energy codes and standards, and construction management.

2008 to 2010 **Lancaster County Career and Technology Center**
*Instructor*
Provide training for electricians and electronic technicians in the mechanical and electrical laboratory. Training for the electrical industry including safety, industrial, commercial, and residential.

1995 to 2003 **Quebecor World**, Atglen, PA
*Electrical Engineer, Building and Equipment*
Provide a full range of electrical engineering services for a 500,000 square feet, 400 employee printing facility to include the construction and maintenance of electrical systems. Manage projects and utility contract negotiations. Engineering designs for an $89 million-dollar plant expansion including the addition of a 3.5 meter rotogravure printing press and two offset printing presses. Various discipline responsibilities including HVAC, plumbing and fire protection. Manage internal and external resources involved in projects and installations. Supervise and coordinate the activities of 4 electronic technicians conducting experiments in the electronics laboratory. High speed scanning systems. Video and audio recording equipment, software, and motion analyses.

1986 to 1995 **R.R. Donnelley & Sons**, Lancaster, PA
*Electrical Projects in the Engineering Department*                 1994-1995
Printing unit addition for special colors on an offset printing press. Automated electro-plating line for cylinder engraving department.

*Electrical Maintenance Shop Coordinator*                 1992-1994
Coordinated 13 maintenance electricians and 3 electronic technicians. Supervised and scheduled these resources for a 24-hour operation. Provided technical support as needed. Estimated costs and suggested enhancements.

**Robson Forensic**
Engineers, Architects, Scientists & Fire Investigators

**DARYL L. EBERSOLE, P.E., CFEI**
**Electrical Engineer – Industrial, Commercial, Residential**

*Maintenance Electrician*                                                                                       1986-1992
Performed failure analysis, implemented and serviced various electrical devices that use the lowest DC voltage levels to 3-phase systems of AC up to 69 kV. Completed an apprenticeship through textbook study, written examination, and practical experience, and advanced to Journeyman Electrician.

1983 to 1986    **Dart Container Corporation**, Leola, PA
*Electro-mechanical maintenance*
Specialized maintenance on foam cup automated inspection machines. Electrical and mechanical installations. Chain, sprockets, welding, pipe fitting, servicing, adjustments, lubrication, machine timing, photo-cells, solenoids, valves, contactors, relays, wiring, controls, sheet metal and part fabrication, rebuilding, painting, high voltage static eliminators, vacuum systems, power distribution, and pneumatic systems.

1981 to 1983    **Conestoga Country Kitchens**, Lancaster, PA
*Kitchen Cabinet Installer*
Installed kitchen cabinets, bath vanities, counter tops, and vent systems.

**PROFESSIONAL CREDENTIALS**

Professional Engineer: NCEES, Arizona, California, Colorado, Connecticut, Delaware, District of Columbia, Florida, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maine, Maryland, Massachusetts, Michigan, Minnesota, Mississippi, Nevada, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Virginia, West Virginia, Texas, Washington

Certified Fire and Explosion Investigator (CFEI)

**EDUCATION**

Bachelor of Science in Electrical Engineering, Drexel University, 1997

*Continuing Education*:
PDHOnline.org - Electric Vehicles, April 2015
PDHOnline.org - Overview of Electrical Engineering for School Design, April 2015
PDHOnline.org - New York Board Laws and Rules, March 2015
PDHOnline.org - 2014 National Electrical Code (Live Webinar), February 2015
PDHOnline.org - FEMA's Flood Maps (FIRM) Understanding and Utilizing This Resource (Live Webinar), January 2015

# Robson Forensic
Engineers, Architects, Scientists & Fire Investigators

## DARYL L. EBERSOLE, P.E., CFEI
### Electrical Engineer – Industrial, Commercial, Residential

CED Engineering – OSHA Fatal Facts: Fatalities Caused by Improper Work Practices, January 2015

PDHOnline.org – Modern Closed Circuit TV Design (Live Webinar), January 2015

CED Engineering – Florida Laws and Rules for Professional Engineers, (3/1/2013-2/28/15), December, 2014

NSPE – Public Safety - Ethics - Engineer's Duty to Report, October 2014

NSPE – Evolving Professional Risks: Construction Delivery Methodologies,…and Other Real and Potential Risks, September 2014

NSPE – Cost Control, September 2014

NSPE – Communicating Clearly, September 2014

CED Engineering – Engineering Ethics for Maryland Professional Engineers, (Revised August 2014), August 2014

CED Engineering – Engineering Laws, Rules, and Ethics for Indiana PE's (Revised December 2012), May 2014

IAEI – Electrical Calculations 101, April 2014

NSPE – Contractual Indemnity and Other Poison Pills, April 2014

NSPE – Ethics – Engineering Expert Witness and Engineering Review Issues, April 2014

NSPE – Ethics – Business Employment and Licensure Issues, April 2014

NSPE – Engineering Ethics – A Conversation About Conflicts of Interest Issues, April 2014

PSPE – Forensic Engineering: Analyzing Accidents, Legal Implications, But Above All – Public Safety, February 2014

CED Engineering – Americans with Disabilities Act (ADA) Overview, July 2013

CED Engineering – Common ADA Errors in Facility Design, July 2013

CED Engineering – ADA Design of Lodging Facilities, July 2013

NSPE – Key Federal Contracting Laws That Everyone Must Know, June 2013

NSPE – How to Conduct Effective Meetings, June 2013

NSPE – Information Technology Solutions for AEC Professionals, June 2013

NSPE – Got BIM?  It's Not Just About 3D Models, June 2013

NSPE – Harnessing the Power of Change, June 2013

NSPE – Ethics Forum:  Conflicts of Interest: Will Proposed Federal Rules Impact Engineering Practice, June 2013

NSPE – EJCDC Construction Contracts:  Key Clauses and New Approaches, June 2013

Photovoltaic System Design for Commercial and Residential Buildings, January 2013

NSPE – The Fundamentals of Finance and Accounting for Engineers, December 2012

NSPE – Health, Safety, and Welfare:  The Social Responsibility of Construction Quality Assurance, December 2012

NSPE – Ethics Forum:  Staying True to Client Expectations, October 2012

PDH Enterprises – Changes to the 2011 National Electrical Code, September 2012

PDH Enterprises – Florida Laws and Rules Course 2011 – 2013, September 2012

NSPE – Engineers as Skilled Communicators, June 2012

**Robson Forensic**
Engineers, Architects, Scientists & Fire Investigators

## DARYL L. EBERSOLE, P.E., CFEI
### Electrical Engineer – Industrial, Commercial, Residential

- NSPE – Engineering Ethics: What Do Millennials, GenXers and Boomers Think?, June 2012
- NSPE – Business Development: How to Succeed in the New Economy, June 2012
- NSPE – BIM Legal – 2010: Challenges and Opportunities in the Use of Building Information Modeling in Project Delivery, June 2012
- NSPE – Being Right or Being Effective Can Make or Break Your Engineering Career, June 2012
- NSPE – Avoiding the Pitfalls of Green Building, June 2012
- National Fire, Arson, & Explosion Investigation Training Program, NAFI, 2012
- CED – Engineering – Introduction to Solid State Semiconductors, August 2011
- NSPE – Winning QBS Strategies for Powerful Project Interviews, July 2011NSPE – A Sustainable Approach to Planning and Design, July 2011
- NSPE – Solving the Risks in Green Design, July 2011
- NSPE – Qualification Based Selection Process Under Attack, July 2011
- NSPE – The New Ethics and Compliance Rules for Contractors, July 2011
- Penn State York, Advanced Induction Motor Principles, July 2011
- NSPE – Negotiation for Success, July 2011
- NSPE – How to Start Your Own Engineering Firm, July 2011
- NSPE – Ethics Forum – Access to Client Information, July 2011
- NSPE – Ethical Engineering Concepts and Challenges, July 2011
- NSPE – Engineering Leadership – What, Why and How, July 2011
- NSPE – Comparing Contract Documents, July 2011
- NSPE – Duty to Report, July 2011
- NSPE – Communicating Technical Ideas Persuasively, July 2011
- NSPE – Advanced Robotics, July 2011
- PSPE – Robotic Applications, July 2011
- PSPE – Introduction to Robotics, July 2011
- NSPE – Ethics Forum - Ethical Engineering and Fair Trade - Ethics of Agreements, January 2011
- NSPE – Ethics Forum - Ethical Engineering and Fair Trade - Employment Practices, October 2010
- PSPE – The Integrated Design Process, September, 2010
- Lancaster County Industrial Safety Council, Electrical Safety
- Millersville University, Digital Electronics, Linear Electronics
- Stevens Trade School, Transistors
- Harrisburg Area Community College, Access 97
- Rockwell, DC Drive Training
- Rockwell, Vector Control AC Drive
- Rockwell, Automax Network
- Wonderware, In-Touch Comprehensive
- Yesco, Visual Basic
- Lancaster County Industrial Safety Council, NFPA 70E

**Robson Forensic**
Engineers, Architects, Scientists & Fire Investigators

## DARYL L. EBERSOLE, P.E., CFEI
### Electrical Engineer – Industrial, Commercial, Residential

### PROFESSIONAL MEMBERSHIPS

- National Association of Fire Investigators
- National Fire Protection Association (NFPA)
- National Society of Professional Engineers
- Pennsylvania Society of Professional Engineers
- Lincoln Chapter of Professional Engineers
- Institute of Electrical and Electronics Engineers
- Underwriters Laboratories (UL) Standards Technical Panel for Wire Connectors, UL 486A-F
- Underwriters Laboratories (UL) Standards Technical Panel 1977 for Data, Signal, Control and Power Connectors
- Pennsylvania Association of Arson Investigators (PAAI) – Associate Member

### PRESENTATIONS

- HVAC Equipment and Electrical Investigation for the Pennsylvania Association of Arson Investigators (PAAI), January 2008
- OSHA Training Course, April 2006
- Engineering Course, May 2002, 2004, 2006
- Fire/Explosion Origin and Cause Investigation Course, July 2006

### VOLUNTEER ACTIVITIES

- Board of Directors Member – Neighborhood Services, 2012-present
  Neighborhood Services is a non-profit United Way agency. Board of Director Membership is a volunteer position. Jointly with other board members direct and manage staff activities and staff levels including operations and financial group.
- Projectionist – Song Show Plus Software