**EXHIBIT 2C**

**DARYL L. EBERSOLE, P.E.**                    4 years – December 16, 2015

**TRIAL TESTIMONY**

1. QVC Inc. v. MJC America, LTD. d/b/a Soleus International Inc.
    a. No. 08-3830
    b. United States District Court for the Eastern District of Pennsylvania
    c. January 12 - 13, 2012
2. Jack B. Harper, Contractor, Inc. v. United Fiberglass of America, Inc. and Prime Conduit, Inc.
    a. Civil Action No. 11-00020
    b. United States District Court – Eastern District of Louisiana
    c. July 2 – 3, 2012
3. Evelyn Menard v. Cox Communications, ET, AL (Video Taped for Trial and presented to Jury in February, 2015)
    a. No. 525413
    b. 19th Judicial District Court Parish of East Baton Rouge, Louisiana
    c. May 23, 2013
4. Luz Colon and Daniel Colon v. L.A. Fitness International, LLC, and Unisen, Inc., d/b/a Star Trac
    a. Index No. 080195/2010
    b. Supreme Court of the State of New York County of Richmond
    c. March 26 – 27, 2014
5. Stephen and Michele McKean v. Nationwide Insurance Company
    a. No. 3:12-CV-01206
    b. United States District Court for the Middle District of Pennsylvania
    c. May 21, 2014
6. Emilio and Maria D'Ascanio v. Toyota Industries
    a. Case No. HHD-CV-05-4013142-S
    b. Superior Court Judicial District of Hartford at Hartford Connecticut
    c. June 20, 2014

**DARYL L. EBERSOLE, P.E.**

**DEPOSITION TESTIMONY**

1. David and Vilma Sennett v. Progress Energy Service Company, L.L.C.
    a. Case No. 09-009015-CI-20
    b. Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida Civil Division
    c. March 12, 2012
2. Jack B. Harper, Contractor, Inc. v. United Fiberglass of America, Inc. and Prime Conduit, Inc.
    a. Civil Action No. 11-00020
    b. United States District Court – Eastern District of Louisiana
    c. May 17, 2012
3. Christopher Kappe, et al, v. Baltimore Gas & Electric Co.
    a. Case No. 24-C-11-002275 OT
    b. In the Circuit Court for Baltimore City, Maryland
    c. October 18, 2012
4. John Jones and Sandra Jones and Austin Sawyer v. Horry Electric Cooperative, Inc.
    a. Civil Action No. 2011-CP-26-8442
    b. State of South Carolina County of Horry In the Court of Common Pleas
    c. October 26, 2012
5. Elizabeth Garcia v. Washington Metropolitan Area Transit Authority
    a. CA No. 20910 CA 005932 B
    b. Superior Court for the District of Columbia Civil Division
    c. December 19, 2012 and January 17, 2013
6. Evelyn Menard v. Cox Communications, ET, AL
    a. No. 525413
    b. 19th Judicial District Court Parish of East Baton Rouge, Louisiana
    c. May 15, 2013
7. Daniel Cooper d/b/a Cooper Enterprises v. Santee Electric Cooperative, Inc.
    a. Civil Action No. 2012-CP-22-01061
    b. State of South Carolina, County of Georgetown Court of Common Pleas
    c. May 17, 2013
8. UGI v. Colonial Electric Supply Company
    a. No. 1722
    b. Court of Common Pleas of Philadelphia County, Pennsylvania
    c. September 19, 2013
9. Reinhart v. Whirlpool (Maytag) and Erie Insurance
    a. No. 5:12-cv-01717-JKG
    b. United States District Court – Eastern District of Pennsylvania
    c. January 23, 2014

10. Estate of Jeffrey Ross by Debra Ross v. Cincinnati Gilbert Machine Tool Company, LLC and Graftech International Holdings, Inc.
    a. Civil Action No. 13-C-31-2
    b. Circuit Court of Harrison County, West Virginia
    c. July 10, 2014
11. Kingsley Barzey v. Rydyl 1, LLC, DBA Jamestown Village & Time Warner
    a. Case No. 2013 CV 01985
    b. Court of Common Pleas, Trumbull County, Ohio
    c. August 28, 2014
12. Ruth Vincent v. Benjamin J. Solomon, The State of NJ, Union Paving, Inc., and HBC Inc.
    a. Docket No. UNN-L-318-09
    b. Superior Court of New Jersey Law Division: Union County
    c. September 17, 2014
13. Julie Muncy, et al, v. United States Liability Insurance Company
    a. Case No. 13-CV-830
    b. United States District Court – Southern District of Ohio Western Division
    c. October 1, 2014
14. Suany Madrid as Personal Representative for the Estate of Juan Carlos Landaverde-Ramos, Deceased… v. Florida Power & Light Company
    a. Case No. 10-51920 CA 03
    b. Circuit Court of the 11th Judicial Circuit in and for Miami-Dade Coundy, Florida
    c. January 23, 2015
15. Protestant Episcopal Cathedral Foundation of the District of Columbia, et al., v. Crane Service Co. Inc.
    a. No. 2013 CA 005439 B
    b. Superior Court of the District of Columbia Civil Division
    c. February 9 – 10, 2015
16. Brian Burgess v. Alliance Resource Partners, LP,…Alliance Coal, LLC,…Tunnel Ridge d/b/a Tunnel Ridge Mine,…and J.H. Fletcher & Co.
    a. Civil Action No. 14-C-46
    b. Circuit Court of Ohio County, West Virginia
    c. March 9, 2015
17. William Rumbas et al., v. Sony Electronics Inc.
    a. Docket No. ATL-L-004087-12
    b. Superior Court of New Jersey
    c. March 23, 2015 and April 6, 2015
18. Winston Datcher v. Southern Maryland Electric Cooperative, Inc.
    a. Case No. 08-C-14-001834
    b. Circuit Court for Charles County, Maryland
    c. April 10, 2015

19. Betty S. and Steven E. Beard v. Charlestown Area Medical Center, Incorporated, Central Parking System of Kentucky, and Amano Cincinnati, Inc.
    a. Civil Action No. 12-C-773
    b. Circuit Court of Kanawha County, West Virginia
    c. May 14, 2015
20. Day Giang v. Florida Power & Light
    a. Case No. CACE-09-050028
    b. Circuit Court of the 17th Judicial Circuit, in and for Broward County, Florida
    c. June 26, 2015
21. Bruce McIntosh and Cynthia McIntosh v. Widewaters New Castle Portland Company, LLC, d/b/a Hilton Garden Inn Portland Jetport and Precor Inc.
    a. Docket No. CV-2014-514
    b. State of Maine, Cumberland
    c. October 23, 2015

**DARYL L. EBERSOLE, P.E.**

**ARBITRATION**

1. Crabtree Rohrbaugh & Associates, Inc., v. Greenman Pedersen, Inc.
    a. AAA Case No. 14 124 653 13
    b. Pennsylvania
    c. September 30, 2014

**INSURANCE HEARING**

1. Regina Hague v. New Jersey Manufacturers' Insurance Company
    a. Docket No. P13-02-012
    b. Philadelphia, Pennsylvania
    c. March 29, 2013